

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00636-CR

| | | |
|---|---|---|
| Robert Espinosa, Jr. | § | From the 432nd District Court |
| | § | of Tarrant County (1234023D) |
| v. | § | February 20, 2014 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Espinosa entered a plea of "Not True" to the "Habitual Paragraph." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM